Johnson, Appellant, *v.* J. H. Terry & Co. et al.

Argued June 4, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Alexander F. Barbieri,* for appellant.

*Edmund B. Spaeth, Jr.,* with him *Frederick L. Fuges* and *MacCoy, Evans & Lewis,* for appellees.

OPINION PER CURIAM, June 28, 1957:

This case is affirmed on the opinion of the Superior Court reported in 182 Pa. Superior Ct. 258, 126 A. 2d 793.